UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:08-139-KKC

APPALACHIAN LAND COMPANY,                                    PLAINTIFF

v.                                    **JUDGMENT**

EQUITABLE PRODUCTION COMPANY,                                DEFENDANT

\* \* \* \* \* \* \* \* \*

In accordance with the opinion and order entered contemporaneously with this judgment, the Court HEREBY ORDERS AND ADJUDGES that:

1) the Defendant's Motion for Judgment on the Pleadings [DE 54] is GRANTED;

2) this matter is hereby DISMISSED;

3) this judgment is FINAL and APPEALABLE; and

4) this matter is STRICKEN from the active docket of this Court.

Dated this 16th day of February, 2012.



Signed By:
*Karen K. Caldwell*
United States District Judge